UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY LAPINSKE, *et al.,*

    Plaintiffs,                                NO. 1:19-CV-162

v                                              HON. ROBERT J. JONKER

CITY OF GRAND HAVEN

    Defendants

---

Geoffrey Fields (P41788)
Dickinson Wright PLLC
200 Ottawa Ave NW Ste 900
Grand Rapids, MI 49503-2427
(616) 458-1300

**MICHIGAN ATTORNEY GENERAL'S MOTION TO INTERVENE**

John L. Thurber (P44989)
Assistant Attorney General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
(517) 335-7632

_____/

## **MICHIGAN ATTORNEY GENERAL'S MOTION TO INTERVENE**

Dana Nessel, the Attorney General for the State of Michigan, brings this motion under Fed. R. Civ. P. 24(a) and 24(b) and moves the Court to enter an order allowing her to intervene in this matter.

In accordance with W. D. Mich. LCivR 7.1(d), Assistant Attorney General John Thurber conferred with the Defendant's counsel, Geoffrey Fields, by email on

September 25, 2019, in a good-faith effort to resolve the dispute which is the subject of the Attorney General's Motion to Intervene. Mr. Fields concurred in this motion. Assistant Attorney General Thurber conferred with the Plaintiffs' counsel, John Tallman, by phone on September 26, 2019, in a good-faith effort to resolve the dispute which is the subject of the Attorney General's Motion to Intervene. Mr. Tallman did not concur in this motion.

                                           Dana Nessel
                                           Attorney General

                                           */s/ John L. Thurber*
                                           John L. Thurber
                                           Assistant Attorney General
                                           Corporate Oversight Division
                                           P.O. Box 30736
                                           Lansing, MI  48909
                                           (517) 335-7632
                                           thurberj@michigan.gov
                                           P44949

Date:  September 30, 2019

2

## PROOF OF SERVICE

I hereby certify that on September 30, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing as well as via US Mail to all non-ECF participants.

                                        Dana Nessel
                                        Attorney General

                                        */s/ John L. Thurber*
                                        John L. Thurber
                                        Assistant Attorney General
                                        Corporate Oversight Division
                                        P.O. Box 30736
                                        Lansing, MI  48909
                                        (517) 335-7632
                                        thurberj@michigan.gov
                                        P44949

Date:  September 30, 2019