UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY LAPINSKE, JEROLD
LAPINSKE, CASSANDRA LAPINSKE,
ALYSSA MARTORANO, and JAMES
LAPINSKE,

Case No: 19 - CV - 00162

Plaintiffs,

v

CITY OF GRAND HAVEN,

Defendant.

## WAIVER AND CONSENT OF JAMES LAPINSKE

I, James LaPinske, Plaintiff in this matter, hereby:

1. Consent to be bound by any agreement reached by my sons, Jeffrey and Jerold, at mediation, scheduled for 12/17/19;

2. Consent to be available by telephone at all times during the mediation of 12/17/19; and

3. Waive any objection to any agreement reached by my sons, Jeffrey and Jerold, at mediation.

Dated:     December 12, 2019      _James C. LaPinske_____
                                  James LaPinske

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JEFFREY LAPINSKE, JEROLD
LAPINSKE, CASSANDRA LAPINSKE,
ALYSSA MARTORANO, and JAMES
LAPINSKE,

Case No: 19 - CV - 00162

Plaintiffs,

v

CITY OF GRAND HAVEN,

Defendant.

---

### WAIVER AND CONSENT OF CASSANDRA LAPINSKE

I, Cassandra LaPinske, Plaintiff in this matter, hereby:

1. Consent to be bound by any agreement reached by my uncles, Jeffrey and Jerold, at mediation, scheduled for 12/17/19;

2. Consent to be available by telephone at all times during the mediation of 12/17/19; and

3. Waive any objection to any agreement reached by my uncles, Jeffrey and Jerold, at the mediation of 12/17/19.

Dated:     December 11, 2019        _____
                                    Cassandra LaPinske

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY LAPINSKE, JEROLD
LAPINSKE, CASSANDRA LAPINSKE,
ALYSSA MARTORANO, and JAMES
LAPINSKE,

Case No: 19 - CV - 00162

Plaintiffs,

v

CITY OF GRAND HAVEN,

Defendant.

## WAIVER AND CONSENT OF ALYSSA MARTORANO

I, Alyssa Martorano, Plaintiff in this matter, hereby:

1. Consent to be bound by any agreement reached by my uncles, Jeffrey and Jerold, at mediation, scheduled for 12/17/19;

2. Consent to be available by telephone at all times during the mediation of 12/17/19; and

3. Waive any objection to any agreement reached by my uncles, Jeffrey and Jerold, at the mediation of 12/17/19.

Dated:    December  11  , 2019      _____
                                     Alyssa Martorano

1