United States District Court
for the Western District of Michigan

_____

**REPORT FOLLOWING**
**VOLUNTARY FACILITATIVE MEDIATION SESSION**

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:19-cv-00162-RJJ-RSK | *Jeffrey Lapinske, et al. v City of Grand Haven* | December 17, 2019 |

**PARTIES**                              **Attendees**

| Name | On Behalf Of |
|---|---|
| Jeffrey Lapinske | Plaintiffs |
| Jerold Lapinske | Plaintiffs |
| Cassandra Lapinske via telephone conference | Plaintiffs |
| James Lapinske via telephone conference | Plaintiffs |
| Alyssa Martorano via telephone conference | Plaintiffs |
| Bob Monetza | Defendant |
| Pat McGinnis | Defendant |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| John Tallman | Plaintiffs |
| Geoff Fields | Defendant |
| Christina McDonald | Defendant |
| John Thurber via telephone conference | State of Michigan intervenor |
| | |

Result:     ☐     Settled in full – Final paperwork will be filed by:

            ☐     Mediation continuing – Date of Next Session

            ☑     Not settled – Mediation Completed

Dated:  December 17, 2019          /s/ Jon G. March _____

                                   Jon G. March,
                                   Mediator