UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY LAPINSKE, et al.,

       Plaintiffs,                      Case No. 1:19–cv–162

     v.                                  Hon. Robert J. Jonker

GRAND HAVEN, CITY OF,

       Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

      The hearing regarding dispositive motions set in this matter for **July 7, 2020** is hereby **CANCELLED.**    The motions shall be decided on the briefs filed.

                                  ROBERT J. JONKER
                                  Chief United States District Judge

Dated:  June 30, 2020        By:   /s/ Susan Driscoll Bourque
                                          Case Manager