UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY LAPINSKE, JEROLD LAPINSKE, CASSANDRA LAPINSKE, ALYSSA MARTORANO, and JAMES LAPINSKE,

    Plaintiffs,

-vs-

CITY OF GRAND HAVEN,

    Defendant,

and

DANA NESSEL, MICHIGAN ATTORNEY GENERAL, in her official capacity,

    Defendant-Intervenor.

Case No. 1:19-CV-162

Hon. Robert J. Jonker

_____/

## NOTICE OF APPEAL

Notice is hereby given that Jeffrey Lapinske, Jerold Lapinske, Cassandra Lapinske, Alyssa Martorano, and James Lapinske, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment dated March 4, 2021.

| | |
|---|---|
| **MARK GRANZOTTO, P.C.** | **JOHN D. TALLMAN, PLC** |
| /s/ Mark Granzotto | /s/ John D. Tallman |
| **MARK GRANZOTTO (P31492)** | **JOHN D. TALLMAN (P32312)** |
| Attorney for Plaintiffs | Attorney for Plaintiffs |
| 2684 Eleven Mile Road, Suite 100 | 4020 East Beltline Avenue N.E., Suite 101 |
| Berkley, Michigan 48072 | Grand Rapids, Michigan 49525 |
| (248) 546-4649 | (616) 361-8850 |

Dated: March 29, 2021