**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 30, 2021

Mr. Mark Granzotto
Law Office
2684 Eleven Mile Road, Suite 100
Berkley, MI 48072

Mr. John D. Tallman
Law Office
4020 E. Beltline Avenue, N.E., Suite 101
Grand Rapids, MI 49525

Mr. Geoffrey Arnold Fields
Ms. Christina K. McDonald
Mr. Rock A. Wood
Dickinson Wright
200 Ottawa Avenue, N.W., Suite 1000
Grand Rapids, MI 49503

Mr. Adam D. Grant
Dickinson Wright
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425

Ms. Julia Dale
Office of the Attorney General of Michigan
525 W. Ottawa Street
Lansing, MI 48933

Mr. James Erwin Long
Office of the Attorney General of Michigan
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

Mr. John L. Thurber
Office of the Attorney General of Michigan
P.O. Box 30217
Lansing, MI 48909

Re: Case No. 21-1309, *Jeffrey Lapinske, et al v. City of Grand Haven, MI, et al*
Originating Case No. : 1:19-cv-00162

Dear Counsel:

This appeal has been docketed as case number **21-1309** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **April 13, 2021**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 21-1309

JEFFREY LAPINSKE; JEROLD LAPINSKE; CASSANDRA LAPINSKE; ALYSSA MARTORANO; JAMES LAPINSKE

      Plaintiffs - Appellants

v.

CITY OF GRAND HAVEN, MI

      Defendant - Appellee

DANA NESSEL, ex rel, People of the State of Michigan

      Intervenor - Appellee